RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Juwan Darden

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUWAN DARDEN,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00365-JCM-CWH-1<br><br>**STIPULATION TO CONTINUE HEARING RE MODIFICATION TO CONDITIONS OF SUPERVISION**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kenneth Nicholas Portz, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Juwan Darden, that the Hearing re Modification to Conditions of Supervision currently scheduled on April 20, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to investigate issues.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

1    This is the first request for a continuance of the hearing.

2    DATED this 19th day of April, 2022.

| RENE L. VALLADARES | CHRISTOPHER CHIOU |
| Federal Public Defender | Acting United States Attorney |
| | |
| By /s/ Navid Afshar | By /s/ Kenneth Nicholas Portz |
| NAVID AFSHAR | KENNETH NICHOLAS PORTZ |
| Assistant Federal Public Defender | Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUWAN DARDEN,<br><br>　　　　Defendant. | Case No. 2:17-cr-00365-JCM-CWH-1<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, April 20, 2022 at 10:30 a.m., be vacated and continued to **June 8, 2022**, at the hour of **11:00 a.m**.; or to a time and date convenient to the court.

　　　DATED　April 19, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE