RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Juwan Darden

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JUWAN DARDEN,<br><br>　　　　　　Defendant. | Case No. 2:17-cr-00365-JCM-CWH-1<br><br>**STIPULATION TO CONTINUE HEARING RE MODIFICATION TO CONDITIONS OF SUPERVISION**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kenneth Nicholas Portz, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Juwan Darden, that the Hearing re Modification to Conditions of Supervision currently scheduled on June 8, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. Defense Counsel has been out on unexpected sick leave and is not expected to return until the following week.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1 | This is the second request for a continuance of the hearing.

2 | DATED this 3rd day of June, 2022.

3

4 | RENE L. VALLADARES JASON M. FRIERSON
Federal Public Defender United States Attorney

5

6

By /s/ Navid Afshar By /s/ Kenneth Nicholas Portz
7 | NAVID AFSHAR KENNETH NICHOLAS PORTZ
Assistant Federal Public Defender Assistant United States Attorney
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JUWAN DARDEN,<br><br>      Defendant. | Case No. 2:17-cr-00365-JCM-CWH-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, June 8, 2022 at 11:00 a.m., be vacated and continued to **July 6, 2022 at 10:00 a.m.**; or to a time and date convenient to the court.

    DATED June 6, 2022.

                                                              */s/ James C. Mahan*
                                                    UNITED STATES DISTRICT JUDGE