RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Juwan Darden

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUWAN DARDEN,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00365-JCM-CWH<br><br>**STIPULATION TO CONTINUE HEARING RE MODIFICATION TO CONDITIONS OF SUPERVISION**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Juwan Darden, that the Hearing re Modification to Conditions of Supervision currently scheduled for August 17, 2022, be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Due to current custody status and newly arisen information, parties need to continue this matter to investigate.

　　　　2.　　The defendant is incarcerated and does not object to the continuance.

　　　　3.　　The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the third stipulation to continue filed herein.

DATED this 16th day of August, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JUWAN DARDEN,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00365-JCM-CWH<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the Hearing re Modification to Conditions of Supervision currently scheduled for Wednesday, August 17, 2022 at 10:30 a.m., be vacated and continued to **October 19, 2022, at 10:30 a.m.**

　　　DATED August 17, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3