RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Juwan Darden

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUWAN DARDEN,<br><br>  Defendant. | Case No. 2:17-cr-00365-JCM-CWH-1<br><br>**STIPULATION TO CONTINUE HEARING RE MODIFICATION TO CONDITIONS OF SUPERVISION**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Juwan Darden, that the Hearing re Modification to Conditions of Supervision currently scheduled on October 19, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Mr. Darden is currently in state custody on an unrelated charge.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the hearing.

1 | DATED this 18th day of October, 2022.

RENE L. VALLADARES  
Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By */s/ Navid Afshar*  
NAVID AFSHAR  
Assistant Federal Public Defender

By */s/ Robert Knief*  
ROBERT KNIEF  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUWAN DARDEN,<br><br>    Defendant. | Case No. 2:17-cr-00365-JCM-CWH-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, October 19, 2022 at 10:30 a.m., be vacated and continued to **December 14, 2022, at 10:30 a.m.**

DATED October 18, 2022.

_____
UNITED STATES DISTRICT JUDGE