RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Juwan Darden

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUWAN DARDEN,<br><br>  Defendant. | Case No. 2:17-cr-00365-JCM-CWH-1<br><br>**STIPULATION TO CONTINUE HEARING RE MODIFICATION TO CONDITIONS OF SUPERVISION**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Juwan Darden, that the Hearing re Modification to Conditions of Supervision currently scheduled on December 14, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defendant has a separate state matter that is still being resolved, and for which he is still in state custody.

2. There are legal matters counsel is still investigating, necessary to deciding on whether to proceed to a hearing or attempt to resolve the matter.

3. The defendant agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the fourth request for a continuance of the hearing.

DATED this 8th day of December, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By */s/ Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>JUWAN DARDEN,<br><br>   Defendant. | Case No. 2:17-cr-00365-JCM-CWH-1<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, December 14, 2022 at 10:30 a.m., be vacated and continued to **February 10, 2023, at 11:00 a.m.** or to a time and date convenient to the court.

  DATED December 12, 2022.

                _____
                UNITED STATES DISTRICT JUDGE