RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Juwan Darden

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUWAN DARDEN,<br><br>    Defendant. | Case No. 2:17-cr-00365-JCM-CWH-1<br><br>**STIPULATION TO CONTINUE HEARING RE MODIFICATION TO CONDITIONS OF SUPERVISION**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Juwan Darden, that the Hearing re Modification to Conditions of Supervision currently scheduled on February 10, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty (40) days.

This Stipulation is entered into for the following reasons:

1. Client has a state matter that counsel is investigating and needs additional time to investigate as it may impact his current case.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1     This is the fifth request for a continuance of the hearing.

2     DATED this 2nd day of February, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JUWAN DARDEN,<br><br>      Defendant. | Case No. 2:17-cr-00365-JCM-CWH-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 10, 2023 at 11:00 a.m., be vacated and continued to **March 24, 2023, at 10:00 a.m.;** or to a time and date convenient to the court.

    DATED this 3rd day of February, 2023.

                                        */s/ James C. Mahan*
                                  UNITED STATES DISTRICT JUDGE