RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Juwan Darden

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00365-JCM-CWH-1 |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING RE MODIFICATION TO CONDITIONS OF SUPERVISION** |
| v. | (Sixth Request) |
| JUWAN DARDEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Juwan Darden, that the Hearing re Modification to Conditions of Supervision currently scheduled on March 24, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1.    Client has a state matter that counsel is investigating and needs additional time to investigate as it may impact his current case.

2.    The defendant is in custody and agrees with the need for the continuance.

3.    The parties agree to the continuance.

This is the sixth request for a continuance of the hearing.

DATED this 17th day of March, 2023.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

By */s/ Navid Afshar*
NAVID AFSHAR
Assistant Federal Public Defender

By */s/ Robert Knief*
ROBERT KNIEF
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00365-JCM-CWH-1 |
| Plaintiff, | **ORDER** |
| v. | |
| JUWAN DARDEN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 24, 2023 at 10:00 a.m., be vacated and continued to **April 14, 2023, at 10:00 a.m.;** or to a time and date convenient to the court.

DATED March 20, 2023.

_____

UNITED STATES DISTRICT JUDGE

3