RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Juwan Darden

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JUWAN DARDEN,<br><br>          Defendant. | Case No. 2:17-cr-00365-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Juwan Darden, that the Revocation Hearing currently scheduled on October 6, 2023 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      Assistant Federal Public Defender Jacquelyn N. Witt will be taking over this case and filed her notice of appearance on September 29, 2023. ECF No. 77.

2.      Defense counsel has not had an opportunity to speak with Mr. Darden and needs additional time to fully advise him on the upcoming revocation hearing.

3. Additional time is also needed to conduct investigation as to the allegations alleged in the Petition and prepare for the revocation hearing, if necessary.

4. Mr. Darden is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 4th day of October, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: *Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By: *Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JUWAN DARDEN,<br><br>          Defendant. | Case No. 2:17-cr-00365-JCM-CWH<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 6, 2023 at 10:00 a.m., be vacated and continued to **November 8, 2023, at 10:30 a.m.**

   DATED October 4, 2023.

                                             _____
                                             UNITED STATES DISTRICT JUDGE

3