RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Juwan Darden

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUWAN DARDEN,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00365-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Juwan Darden, that the Revocation Hearing currently scheduled on November 8, 2023 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel has a conflict and is scheduled to be in court on another matter at the time this hearing is currently set.

　　　　2.　　Therefore, the parties have agreed to continue the hearing to allow defense counsel to be present and represent Mr. Darden at the upcoming hearing.

　　　　3.　　Mr. Darden is in custody and does not oppose the continuance.

4.      The parties agree to the continuance.

5.      The United States Probation Office also agrees to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 2nd day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: *Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By: *Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUWAN DARDEN,<br><br>    Defendant. | Case No. 2:17-cr-00365-JCM-CWH<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 8, 2023 at 10:30 a.m., be vacated and continued to **December 8, 2023, at 10:30 a.m.**

   DATED November 3, 2023.

                               _____
                               UNITED STATES DISTRICT JUDGE